

FILED

SEP 26 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| GARY BRUNSON, United States of America ex rel., <br><br> Plaintiff-Appellant, <br><br> v. <br><br> THE LAMBERT FIRM PLC, Former Counsel for Gary Brunson, <br><br> Appellee, <br><br> BECHTEL NATIONAL, INC.; et al., <br><br> Defendants-Appellees. | No. 17-35402 <br><br> D.C. No. 2:13-cv-05013-EFS Eastern District of Washington, Spokane <br><br> ORDER |

Appellant's emergency motion for an extension of time to file the opening brief (Docket Entry No. 23) is denied as unnecessary. *See* 9th Cir. R. 27-11(a)(1) (briefing schedule is tolled pending disposition of motion to dismiss).

Appellant's motion to file an oversized brief (Docket Entry No. 19) is denied as premature. *See* 9th Cir. R. 27-11(a)(1); *see also* 9th Cir. R. 32-2(a) (motion to file oversized brief must be accompanied by copy of proposed brief).

The Clerk shall strike the opening brief and excerpts of record submitted at Docket Entry Nos. 24 and 25.

The Clerk shall strike appellant's motion to file a brief under seal submitted at Docket Entry No. 26. *See* 9th Cir. R. 27-13(e) (proposed sealed brief must be

SLL/MOATT

filed simultaneously with a motion to seal).

The Clerk shall strike as unneccessary appellees' motion to seal and motion to strike submitted at Docket Entry No. 28.

The pending motion to seal and motion to dismiss (Docket Entry No. 17) will be addressed by separate order.

Briefing is stayed pending disposition of the motion to dismiss.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT


By: Susan Landsittel
Deputy Clerk
Ninth Circuit Rule 27-7